IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KT IMAGING USA, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>HANWHA TECHWIN CO., LTD.,<br><br>            Defendant. | Civil Action No.: 6:22-cv-00874-ADA<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(1)(A)(I)

Plaintiff KT Imaging USA, LLC hereby files this Notice of Voluntary Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.

Accordingly, Plaintiff voluntarily dismisses this action against Defendant Hanwha Techwin Co., Ltd. without prejudice pursuant to Rule 41(a)(1).

Dated: December 2, 2022

*/s/ Dmitry Kheyfits*
Dmitry Kheyfits
dkheyfits@kblit.com
Brandon G. Moore
bmoore@kblit.com
KHEYFITS BELENKY LLP
12600 Hill Country Blvd, Suite R-275
Austin, TX 78738
Tel: 737-228-1838
Fax: 737-228-1843

Andrey Belenky

abelenky@kblit.com
Hanna G. Cohen
hgcohen@kblit.com
KHEYFITS BELENKY LLP
80 Broad Street, 5th Floor
New York, NY 10004
Tel: 212-203-5399
Fax: 212-203-6445

*Attorneys for Plaintiff*
*KT Imaging USA, LLC*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on December 2, 2022, and it was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

/s/ Mary Itson
Mary Itson
